**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| MARTIN J. WALSH, [1] <br> SECRETARY OF LABOR, <br> UNITED STATES DEPARTMENT OF LABOR, <br><br>         Plaintiff, <br><br>     v. <br><br> SOFIA & GICELLE, INC. dba <br> FAST EDDIES, SPORTS & BILLIARDS, a corporation; <br> Maria Aguilar, individually, and as President and <br> and owner of the aforementioned corporation, <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 8:19-cv-00934 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S RULE 26(A)(3) DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiff Martin J.

Walsh, Secretary of Labor, United States Department of Labor, submits the following Rule

26(a)(3) Pretrial Disclosures:

**I.      The name and, if not previously provided, the address and telephone number of each witness**

Plaintiff expects to present, or may present, at trial by live testimony, reserving Plaintiff's

rights to call additional witnesses for the purpose of rebuttal of Defendants' evidence and

testimony, or for the purposes of impeachment, and reserving Plaintiff's right to amend or

supplement this list.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Labor Martin J. Walsh is substituted for Eugene Scalia as the plaintiff in this action.

A. DOL <u>expects</u> to call:

1. Claudia Villarreal Cuevas

2. Martha Mosco – AM Accounting

3. Adrianna Leon – AM Accounting

4. Grace Thune – AM Accounting

5. Elizabeth Hernandez – Opreza & Associates

6. Maria Aguilar

7. Testimony from some or all of the following current or former employees of Defendants. In providing the following names, Plaintiff makes no representation that the U.S. Department of Labor spoke to any specific persons during the course of the investigation, nor does Plaintiff otherwise identify any of them as having provided information to DOL. Providing these names is not intended to be a waiver of the informer's privilege with respect to the identity of any person who was interviewed or provided information during the course of the investigation. Plaintiff reserves the right to supplement this list with names of witnesses who are otherwise protected by the informer's privilege:

| | |
|---|---|
| Melissa Albrecht | James Hudson |
| Jose Alvarez | Eleana Jenkins |
| Diamoniq (Diamonique) Bellamy | D'Ann Johnson |
| Carlos Barksdale | Genrara Jones |
| Camarri Berri | Kendra Jones |
| Chrishau (Chrishauana) Brooks | Destinee Kent |
| Kennedi Collins | Ayanna Long |
| Joanna Cook | Glenda Lopez |
| Stephani Cowan Parrish | Janay Mcpherson |
| Alexiuss Cummings | Brook Miles |
| Enrique Ferman | Belkys Montoya |
| Christina Faulks | Tracy Morgan |
| Kenia Garcia | Mary J. Parker |

|                          |                          |
|--------------------------|--------------------------|
| Stephani Cowan Parrish   | Joseph Yearwood          |
| Jimmy Simmons            | Charbai T. Burton        |
| Janelle Suter            | Carlos Barksdale         |
| Paul Wolfe               |                          |

B.  DOL <u>may</u> call:

1.  Roberto Reyes

2.  Jose Hernandez

3.  Testimony from some or all of the following current or former employees of Defendants. In providing the following names, Plaintiff makes no representation that the U.S. Department of Labor spoke to any specific persons during the course of the investigation, nor does Plaintiff otherwise identify any of them as having provided information to DOL. Providing these names is not intended to be a waiver of the informer's privilege with respect to the identity of any person who was interviewed or provided information during the course of the investigation. Plaintiff reserves the right to supplement this list with names of witnesses who are otherwise protected by the informer's privilege:

|                           |                            |
|---------------------------|----------------------------|
| Aranniva Eliezer Asael    | Ever Jose                  |
| Erica Babbit              | Hannah Klove               |
| Catherine Clark           | Anthony Morales            |
| Nancy Doe                 | Inna Quarterma             |
| Tina Doe                  | Alberto Rufino             |
| Ajailai Hall              | Naomi Ruiz                 |
| Amber Howard              | Shayla Nicole Rodriguez    |
| Aguila Hovings            | Jose Jose                  |
| Shantee Hydee             | Jakema Washington          |
| Glen Inman                |                            |

**II.** **The designation of those witnesses whose testimony he party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.**

- **Maria Aguilar 30(b)(6) Deposition Transcript dated October 16, 2019**
  - 9:20-22
  - 10:1-7
  - 18:1-22
  - 19:1-3
  - 21:1-22
  - 22:1-7
  - 38:20-22
  - 39:1-2
  - 41:6-12

- **Maria Aguilar Deposition Transcript dated October 16, 2019**
  - 10:6-7
  - 20:16-17
  - 21:22
  - 28:19-21
  - 20:4-10
  - 23:10-14
  - 29:7-9
  - 34:11-18
  - 43:9-22
  - 44:1-22
  - 45:1-2
  - 47:1-8
  - 48:9-11
  - 52:15-19
  - 53:6-9
  - 53:13-17
  - 54:8-10
  - 54:8-14
  - 55:16-18

- **Adriana Leon Deposition Transcript dated January 17, 2020**
  - 21:1-4
  - 21:6-8
  - 21:19-21
  - 22:1-25
  - 23:11-17
  - 24:2-8
  - 24:10-25
  - 25:1-25
  - 26:3-7

- 27-29
- 30:3-8
- 30:1-25
- 31:6-20
- 32:4-10
- 33:16-25
- 34:1-16

- **Martha Mosco Deposition Transcript dated January 17, 2020**
  - 18:7-25
  - 20:21-23
  - 19:17-25
  - 20:3-17
  - 21:3-7
  - 21:8-18
  - 21:18-15
  - 22:1-3
  - 22:1-25
  - 23:1-25
  - 24:1-23
  - 25:18-25
  - 26:1-25
  - 27:4-25
  - 28:1-8
  - 28:17-25
  - 29:1-25
  - 31:11-25
  - 32:1-25
  - 33:1-25
  - 34:4-18
  - 35:1-25
  - 36:1-25
  - 37:1-25
  - 38:11-12

Plaintiff reserves the right to use deposition testimony and all depositions taken in this matter as may be needed for purpose of impeachment or rebuttal.

**III.** **An identification of each document or other exhibit, including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer if the need arises.**

Plaintiff anticipates using the below-listed documents as exhibits at the trial in this case.

Plaintiff reserves the right to supplement this list based on any information that may be discovered subsequent to the submission of this list:

| Exhibit Number | Description | Expect or May Use |
|---|---|---|
| PX-1 | Payroll Records Produced During Investigation | Expect |
| PX-2 | Payroll Records Produced Post-Investigation | Expect |
| PX-3 | Timesheets | Expect |
| PX-4 | Sample Paystub | Expect |
| PX-5 | Employee Declarations | Expect |
| PX-6 | Employee Statements | Expect |
| PX-7 | Maria Aguilar Statements | Expect |
| PX-8 | Sample Fast Eddies Schedule | Expect |
| PX-9 | Summary of Unpaid Wages (Investigative Period) | May |
| PX-10 | Back Wage Computations (Investigative Period) | May |
| PX-11 | Summary of Unpaid Wages | Expect |
| PX-12 | Back Wage Computations | Expect |
| PX-13 | Maria Aguilar Deposition Transcript | May |
| PX-14 | Maria Aguilar 30(b)(6) Deposition Transcript | May |
| PX-15 | Martha Moscoso Deposition Transcript | May |
| PX-16 | Adriana Leon Deposition Transcript | May |

| PX-17 | Maria Aguilar Tax Records | May |
|-------|---------------------------|-----|
| PX-18 | Fast Eddies Tax Records | May |
| PX-19 | Fast Eddies Responses to Interrogatories | May |
| PX-20 | Maria Aguilar Responses to Interrogatories | May |
| PX-21 | Fast Eddies Responses to Request for Admissions | May |
| PX-22 | Fast Eddies Supplemental Reponses to Interrogatory 15 | May |
| PX-23 | Fast Eddies Second Supplemental Reponses to Interrogatory 15 | May |
| PX-24 | Fast Eddies Third Supplemental Reponses to Interrogatory 15 | May |
| PX-25 | Fast Eddies Fourth Supplemental Reponses to Interrogatory 15 | May |
| PX-26 | Fast Eddies Third Supplemental Responses to Request for Production of Documents | May |
| PX-27 | Case Diary Entries | May |
| PX-28 | FLSA Narrative | May |
| PX-29 | Final Conference Report | May |
| PX-30 | Tolling Agreement | May |
| PX-31 | Schedule A | May |
| PX-32 | Appointment Letter | May |
| PX- 33 | Fast Eddies Work Rules | May |
| PX-34 | Fast Eddies Employment Application | May |
| PX-35 | DOL Establishment Visitation Letter | May |
| PX-36 | Tip Credit Demonstrative | Expect |
| PX-37 | Wage and Hour Fact Sheet #15 | Expect |

| | | |
|---|---|---|
| PX-38 | Wage and Hour Fact Sheet #15A – Ownership of Tips Under the FLSA | Expect |
| PX-39 | Fact Sheet #17 – FLSA Exemptions | Expect |
| PX-40 | Fact Sheet# 20 – Employees Paid Commission | May |
| PX-41 | Any and all answers provided by Defendant in response to Request for Production of Document  served by the Plaintiff | May |
| PX-42 | Any and all documents provided by Plaintiff in response to Request for Documents served by the Defendant | May |
| PX-43 | Any and all documents provided by Plaintiff in response to its answers to Interrogatories served by the Defendant | May |
| | All exhibits identified in Defendant's Exhibit List and Prehearing Statement | May |
| | Any documents produced by informer witnesses at or before hearing which are not currently in the Plaintiff's possession | May |

In addition, Plaintiff reserves the right to use documents not listed above for the purpose of impeachment, rebuttal, or other issues not anticipated, including any deposition testimony and exhibits used at the time of the depositions.

Respectfully submitted,

Mailing Address:                          **UNITED STATES DEPARTMENT OF LABOR**

U.S. Department of Labor                  Elena Goldstein
Office of the Regional Solicitor          Acting Solicitor of Labor
201 12th Street South
Suite 401                                 Oscar L. Hampton III
Arlington, VA 22202-5450                  Regional Solicitor

(202) 693-9373(voice)                     Samantha N. Thomas
(202) 693-9392 (fax)                      Associate Regional Solicitor

jones.chervonti.j@dol.gov                 /s/ Chervonti Jones
                                          Chervonti Jones
May 26, 2021                              Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2021, a true and correct copy of the foregoing

**PLAINTIFF'S 26(a)(3) DISCLOSURES** was served upon the following via electronic mail

Michael Veve
Lasa, Monroig, and Veve LLP
5029 Backlick Road, Ste. A
Annandale, VA 22003
P: (202)261-3524
F: (202)261-3514
E: meveve@aol.com

/s/ Chervonti Jones
Chervonti Jones

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARTIN J. WALSH, | : | |
| SECRETARY OF LABOR, | : | |
| U.S. DEPARTMENT OF LABOR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: TDC-19-0934 |
| v. | : | |
| | : | |
| SOFIA & GICELLE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

_____

## DEFENDANTS' RULE 26(a)(3) PRETRIAL DISCLOSURES

Defendants SOFIA & GICELLE, INC., and MARIA AGUILAR ("Defendants"), hereby submit their Rule 26(a)(3) Pretrial Disclosures.

1. <u>Witnesses to be presented by Defendants at trial</u>

   Defendant Maria Aguilar

   Roberto Reyes (Defendants' ex-employee)

   Jose Alvarez (Defendants' ex-employee)

   Jose Hernandez (Defendants' ex-employee)

   Enrique Ferman (Defendants' ex-employee)

   Mellissa Albrecht (Defendants' ex-employee)

   Belkys Montoya (Defendants' ex-employee)

   <u>Witnesses that may be presented by Defendants at trial</u>

   Naomi Ruiz (Defendants' ex-employee)

   Tracy Morgan (Defendants' ex-employee)

   Claudia Villarreal Cuevas, DOL W&H Investigator (c/o Plaintiff's counsel)

2. <u>Defendants' witness testimonies presented by deposition</u>

   Deposition of Claudia Villarreal Cuevas dated October 17, 2019.

3. <u>List of documents Defendants expect to offer in evidence</u>        (Bates-stamp pages)

   - DOL Case Diary Entries (11/7/2016-6/12/2018)        DOL0135-DOL0148
   - WHISHARD Compliance Action Report (May 2018)        DOL0002-DOL0020
   - Form WH-55 DOL Back Wages Summary List (4/27/2021)
   - Form WH-56 Summary of Back Wages, Fast Eddie's (10/25/2019)
   - Employee List        DOL0470-DOL0471
   - Payroll Register (2018)        DOL0474-DOL0481
   - FLSA Final Conference Report (2/27/2018)        DOL0249-DOL0256
   - Yearly Employee Earnings Report (2017)        DOL0483-DOL0493
   - Fast Eddie's Policies        DOL0425-DOL0427
   - Plaintiff's Exhibits in support of his summary judgment pleadings, including:
     Exhibit 13: Fast Eddie's Time Cards (ECF 39-2)(6/12/20)   A0152-A00442;
                                                               J.R. 0204-J.R. 0422
     Exhibit 14: Payroll Records (ECF 39-3)(6/12/20)           J.R. 0423-J.R. 0488
     Exhibit 15: DOL Summary Unpaid Wages (6/17/2020)          DOL1083-DOL1189;
                                                               J.R. 0489-J.R. 0597
     Exhibit 16: Employee Statements (ECF 41-1)(6/12/20)       DOL0830-DOL0877;
                                                               J.R. 0598-J.R. 0634
     Exhibit 17: Employee Declarations (Redacted)             J.R. 0635-J.R. 0648
     Exhibit 19: Claudia Villarreal Cuevas Declaration        J.R. 0660-J.R. 0671
          (ECF-40-2)(6/12/20)
     Exhibit 20: Sample Fast Eddie's Schedule (ECF 40-3)      J.R. 0672-J.R. 0673
          (6/12/20)

<u>List of documents Defendants may offer in evidence if the need arises</u>

   - All of documents produced by Plaintiff and Defendants in discovery
   - Responses to Interrogatories by Plaintiff and Defendants in discovery

Respectfully Submitted,

DATE: May 26, 2021

   _/s/ Michael E. Veve_                                 _/s/ Manuel Geraldo_    

Michael E. Veve, Esquire                          Manuel Geraldo, Esquire
Lasa. Monroig & Veve, LLP                    Robinson & Geraldo, PC
320 S. West Street, Suite 3l0                  1316 Pennsylvania Avenue, SE
Alexandria, VA 22314                        Washington, DC 20003
Tel.: (703) 309-3076                          Tel: (202) 544-2888
e-mail: meveve@aol.com                    Fax: (202)547-8342
                                         e-mail: mgeraldo@rglaw.net

Counsel for Defendants                     Co-counsel for Defendants

## **CERTIFICATION**

     I, Michael E. Veve, hereby do certify that on this 26th day of May, 2021 a correct copy

of the Defendants' Rule 26(a)(3) Pretrial Disclosures was emailed to:

               Chervonti Jones, Esquire
               Office of the Regional Solicitor
               U.S. Department of Labor
               201 12th Street South
               Arlington, VA 22202-5450
               Tel.: 202-693-9373; Fax: 202-693-9392
               e-mail: Jones.Chervonti@dol.gov

  _/s/ Michael E. Veve_   
Michael E. Veve, Esq.