# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

MARTIN J. WALSH,
SECRETARY OF LABOR,
UNITED STATES
DEPARTMENT OF LABOR,

    Plaintiff,

v.

SOFIA & GICELLE, INC., *d/b/a Fast Eddie's, Sports & Billiards, a corporation,*
and
MARIA AGUILAR, *individually, and as President and owner of the aforementioned corporation,*

    Defendants.

Civil Action No. TDC-19-0934

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Judgment is entered in favor of the Secretary of Labor on the minimum wage and overtime pay claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 206(a), 207(a) (2018), relating to each specific employee included in the table below, and the corresponding damages and liquidated damages are awarded for each employee, as set forth in the table below:

| | Last Name | First Name | Min Wages Owed ($) | OT Wages Owed ($) | Total Wages Owed ($) | Liquidated Damages ($) | Total ($) |
|---|---|---|---|---|---|---|---|
| | | | Service Staff | | | | |
| 1 | Albrecht | Mellissa | 2,515.63 | | 2,515.63 | 2,515.63 | 5,031.27 |
| 2 | Alvarez | Jose | 1,518.52 | 163.07 | 1,681.59 | 1,681.59 | 3,363.17 |
| 3 | Babbit | Erica | 221.92 | | 221.92 | 221.92 | 443.85 |
| 4 | Bellamy | Diamoniq | 223.34 | | 223.34 | 223.34 | 446.68 |
| 5 | Berri | Camari | 16,291.72 | 25.37 | 16,317.09 | 16,317.09 | 32,634.18 |
| 6 | Brooks | Chrishauna | 294.33 | | 294.33 | 294.33 | 588.67 |
| 7 | Burton | Charbai | 876.18 | | 876.18 | 876.18 | 1,752.36 |
| 8 | Clark | Catherine | 43.50 | | 43.50 | 43.50 | 87.00 |
| 9 | Collins | Kennedi | 95.13 | | 95.13 | 95.13 | 190.27 |
| 10 | Cook | Joanna | 6,804.17 | | 6,804.17 | 6,804.17 | 13,608.33 |
| 11 | Cowan Parrish | Stephani | 2,519.72 | | 2,519.72 | 2,519.72 | 5,039.43 |
| 12 | Cummings | Alexius | 212.14 | | 212.14 | 212.14 | 424.27 |
| 13 | Faulks | Christina | 5,281.68 | | 5,281.68 | 5,281.68 | 10,563.35 |
| 14 | Ferman | Enrique | 13,524.83 | 637.58 | 14,162.41 | 14,162.41 | 28,324.83 |
| 15 | Hernandez | Jose | 44,185.23 | | 44,185.23 | 44,185.23 | 88,370.46 |
| 16 | Hovings | Aguila | 159.60 | | 159.60 | 159.60 | 319.20 |
| 17 | Howard | Amber | 139.49 | | 139.49 | 139.49 | 278.98 |
| 18 | Hudson | James | 14,743.37 | 3,342.50 | 18,085.87 | 18,085.87 | 36,171.74 |
| 19 | Inman | Glen | 202.13 | | 202.13 | 202.13 | 404.26 |
| 20 | Jenkins | Eleana | 2,113.07 | | 2,113.07 | 2,113.07 | 4,226.14 |
| 21 | Johnson | D'Ann | 1,247.02 | 99.44 | 1,346.46 | 1,346.46 | 2,692.92 |
| 22 | Jones | Genrara | 361.93 | | 361.93 | 361.93 | 723.86 |
| 23 | Jones | Kendra | 7,312.60 | | 7,312.60 | 7,312.60 | 14,625.20 |
| 24 | Jose | Ever | 174.29 | | 174.29 | 174.29 | 348.58 |
| 25 | Kent | Destinee | 2,862.68 | | 2,862.68 | 2,862.68 | 5,725.36 |
| 26 | Klove | Hannah | 102.95 | | 102.95 | 102.95 | 205.90 |
| 27 | Long | Ayanna | 345.76 | | 345.76 | 345.76 | 691.52 |
| 28 | Lopez | Glenda | 37,350.58 | 1,522.50 | 38,873.08 | 38,873.08 | 77,746.16 |
| 29 | McPherson | Janay | 2,757.67 | | 2,757.67 | 2,757.67 | 5,515.35 |
| 30 | Miles | Brook | 20,625.35 | 10.75 | 20,636.10 | 20,636.10 | 41,272.20 |
| 31 | Montoya | Belkys | 4,922.75 | | 4,922.75 | 4,922.75 | 9,845.50 |
| 32 | Parker | Mary Jane | 17,442.63 | 1,010.03 | 18,452.66 | 18,452.66 | 36,905.32 |
| 33 | Rodriguez | Shayla | 1,105.21 | | 1,105.21 | 1,105.21 | 2,210.42 |
| 34 | Ruiz Sanchez | Naomi | 579.00 | | 579.00 | 579.00 | 1,158.00 |
| 35 | Suter | Janelle | 9,876.05 | | 9,876.05 | 9,876.05 | 19,752.09 |
| 36 | Washington | Jakema | 51.40 | | 51.40 | 51.40 | 102.80 |
| | | | Kitchen Staff | | | | |
| 1 | Asael | Aranniva | 177.48 | | 177.48 | 177.48 | 354.96 |
| 2 | Barksdale | Carlos | 1,291.05 | | 1,291.05 | 1,291.05 | 2,582.10 |
| 3 | Garcia Marin | Kenia | 609.00 | | 609.00 | 609.00 | 1,218.00 |
| 4 | Jose | Jose | 114.62 | | 114.62 | 114.62 | 229.25 |
| 5 | Morales | Anthony | 2,612.00 | | 2,612.00 | 2,612.00 | 5,224.00 |
| 6 | Morgan | Tracy | 978.11 | | 978.11 | 978.11 | 1,956.22 |
| 7 | Rufino | Alberto | 472.25 | | 472.25 | 472.25 | 944.50 |
| 8 | Scott | Trenida | 4,040.05 | 472.50 | 4,512.55 | 4,512.55 | 9,025.10 |
| 9 | Simmons | Jimmy | 1,658.81 | | 1,658.81 | 1,658.81 | 3,317.62 |
| 10 | Wolfe | Paul | 25,328.34 | 4,994.80 | 30,323.14 | 30,323.14 | 60,646.28 |
| 11 | Yearwood | Joseph | 14,105.76 | 2,429.75 | 16,535.51 | 16,535.51 | 33,071.02 |
| Total ($) | | | 270,471.04 | 14,708.29 | 285,179.33 | 285,179.33 | 570,358.65 |

2. Injunctive relief is granted against Defendants, who are hereby ENJOINED from engaging in future violations of the FLSA as follows:

   a. Defendants shall not violate Section 6 of the FLSA, 29 U.S.C. § 206;

   b. Defendants shall pay all employees at least the minimum wage for all hours worked under Section 6;

   c. Defendants shall not violate Section 7 of the FLSA, 29 U.S.C. § 207;

   d. Defendants shall pay all non-exempt employees at least one and one-half their regular rates for all hours worked in excess of 40 per workweek under Section 7;

   e. Defendants shall not violate Section 11 of the FLSA, 29 U.S.C. § 211, and 29 C.F.R. § 516;

   f. Defendants shall maintain and preserve records pursuant to Section 11 of the FLSA and 29 C.F.R. § 516; and

   g. Defendants shall preserve these records for at least three years.

IT IS SO ORDERED.

Date: August 5, 2021

THEODORE D. CHUANG
United States District Judge